# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF OHIO
# WESTERN DIVISION

| | | |
|---|---|---|
| ALEN MILANKO, | : | Case No. 1:18-cv-328 |
|    Petitioner, | : | |
| | : | Judge Timothy S. Black |
| vs. | : | |
| | : | Magistrate Judge Stephanie K. |
| ATTORNEY GENERAL, *et al.*, | : | Bowman |
|    Respondents. | : | |

## DECISION AND ENTRY
## ADOPTING THE REPORT AND RECOMMENDATION
## OF THE UNITED STATES MAGISTRATE JUDGE (Doc. 9)

This case is before the Court pursuant to the Order of General Reference to United State Magistrate Judge Stephanie K. Bowman. Pursuant to such reference, the Magistrate Judge reviewed the pleadings and, on August 30, 2018, submitted a Report and Recommendation. (Doc. 9). No objections were filed.

As required by 28 U.S.C. § 636(b) and Fed. R. Civ. P. 72(b), the Court has reviewed the comprehensive findings of the Magistrate Judge and considered *de novo* all of the filings in this matter. Upon consideration of the foregoing, the Court does determine that such Report and Recommendation should be and is hereby adopted in its entirety.

Accordingly:

1. The Report and Recommendation (Doc. 9) is **ADOPTED**;

2. Respondents' motion to dismiss (Doc. 8) is **GRANTED**;

3. Petitioner's motion for the appointment of counsel (Doc. 2) is **DENIED as MOOT**; and

4. The Clerk shall enter judgment accordingly, whereupon this case is terminated on the docket of this Court.

**IT IS SO ORDERED.**

Date: 11/21/18                                        *s/ Timothy S. Black*
                                                                          Timothy S. Black
                                                                          United States District Judge